

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2015

No. 04-15-00259-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Roxana **TENORIO**, Individually and on Behalf of Pedro Tenorio, Deceased,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-14704
Honorable Stephani Walsh, Judge Presiding

# O R D E R

Appellant's unopposed first motion for extension of time to file reply brief is hereby GRANTED. Time is extended to August 24, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court